| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** |
|   | DAVID E. KLEINFELD, SBN 110734 |
| 2 | dkleinfeld@foley.com |
|   | KURT M. KJELLAND, SBN 172076 |
| 3 | kkjelland@foley.com |
| 4 | STEVEN A. MOORE, SBN 232114 |
|   | smoore@foley.com |
| 5 | SAMUEL R. HELLFELD, SBN 234421 |
|   | shellfeld@foley.com |
| 6 | 11250 El Camino Real, Suite 200 |
|   | San Diego, CA 92130 |
| 7 | Telephone: 858.847.6700 |
| 8 | Facsimile:  858.792.6773 |
| 9 | Attorneys for Defendants |
|   | KYOCERA CORPORATION, |
| 10 | KYOCERA WIRELESS CORP. AND |
|   | KYOCERA SANYO TELECOM, INC. |
| 11 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SPH AMERICA, LLC, a Virginia company, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-02146 DMS (RBB) |
| vs. | ) | |
| | ) | **DEFENDANTS KYOCERA** |
| KYOCERA CORPORATION, a Japanese company, KYOCERA WIRELESS CORPORATION, a Delaware company, and KYOCERA SANYO TELECOM, INC., a Delaware company, | ) | **CORPORATION'S, KYOCERA WIRELESS CORP.'S AND KYOCERA SANYO TELECOM, INC.'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING PATENT REEXAMINATION** |
| Defendants. | ) | |
| KYOCERA WIRELESS CORPORATION, a Delaware company, and KYOCERA SANYO TELECOM, INC., a Delaware company, | ) | |
| | ) | The Honorable Dana M. Sabraw |
| Counterclaimants, | ) | Hearing Date:  May 1,  2009 |
| vs. | ) | Time:           1:30 p.m. |
| | ) | Location:      Courtroom 10 |
| SPH AMERICA, LLC, a Virginia company, | ) | |
| Counterdefendant. | ) | |

KYOCERA'S NOTICE OF MOTION TO STAY PROCEEDINGS
08-CV-2146 DMS (RBB)

NOTICE IS HEREBY GIVEN that on May 1, 2009 at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at 940 Front Street, San Diego, CA 92101-8900, the Defendants in this action, KYOCERA CORPORATION, KYOCERA WIRELESS CORP. and KYOCERA SANYO TELECOM, INC. (collectively, "Kyocera"), will and hereby do respectfully move to stay these proceedings pending patent reexamination.

As discussed further in Kyocera's memorandum in support of this motion, because this case is in its early stages, a stay will simplify the issues in question and trial of the case, and a stay would not unduly prejudice or present a clear tactical disadvantage to SPH America, LLC, a stay of this action pending reexamination is warranted.

Respectfully submitted,

Dated: March 17, 2009                        FOLEY & LARDNER LLP


    /s/ Kurt M. Kjelland
David E. Kleinfeld
Kurt M. Kjelland
Steven A. Moore
Samuel Hellfeld


Attorneys for Defendants KYOCERA CORPORATION, KYOCERA WIRELESS CORP. AND KYOCERA SANYO TELECOM, INC.