UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC, a Virginia company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KYOCERA CORPORATION, a Japanese company, KYOCERA WIRELESS CORPORATION, a Delaware company, and KYOCERA SANYO TELECOM, INC., a Delaware company,<br><br>　　　　　Defendants.<br>_____<br>KYOCERA WIRELESS CORPORATION, a Delaware company, and KYOCERA SANYO TELECOM, INC., a Delaware company,<br><br>　　　　　Counterclaimants,<br>　　vs.<br><br>SPH AMERICA, LLC, a Virginia company,<br><br>　　　　　Counterdefendant.<br>_____ | Case No. 08-CV-02146 DMS (RBB)<br><br>**ORDER GRANTING DEFENDANTS KYOCERA CORPORATION'S, KYOCERA WIRELESS CORP.'S AND KYOCERA SANYO TELECOM, INC.'S MOTION TO STAY PROCEEDINGS PENDING PATENT REEXAMINATION** |

Before the Court is Defendants Kyocera Corporation's, Kyocera Wireless Corp.'s and Kyocera Sanyo Telecom, Inc.'s Motion to Stay Proceedings Pending Patent Reexamination. Plaintiff does not oppose the motion. Upon reviewing the pleadings and for good cause having been shown, Defendants' Motion is hereby GRANTED. In light of the stay, the Court finds this civil case should be administratively closed until the completion of the patent reexamination proceedings. Upon proper application by either party, the Court may reopen this civil case. The Clerk of the Court shall close this case and submit a JS-6 form to the Administrative Office.

IT IS SO ORDERED.

Date:   May 8, 2009

Dana M. Sabraw
UNITED STATES DISTRICT COURT JUDGE