## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SPH AMERICA v. KYOCERA                           Case No. 08cv2146 DMS(RBB)
                                                 **Time Spent:**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                    Rptr.

                            Attorneys
         Plaintiffs                            Defendants

Michaen McKeon                         David Kleinfeld
Roger Denning                          Kurt Kjelland
Tae Kim                                Steven Moore
Andrew Choung

PROCEEDINGS:  ____ In Chambers   ____ In Court   ____ Telephonic

On May 8, 2009, United States District Judge Dana M. Sabraw issued an Order staying this case pending the patent reexamination [doc. no. 140].

The telephonic, attorneys-only status conference on May 15, 2009, at 8:00 a.m. is vacated.

DATE: May 13, 2009            IT IS SO ORDERED:  /s/ Ruben B. Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Sabraw                       INITIALS:  VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\SPHAMERICA2146\Minute02.wpd