Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, Ca 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Andrew Choung (SBN 203192)
Tae H. Kim (SBN 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
Telephone: (415) 830-9462
Facsimile: (415) 762-4191

Attorneys for Plaintiff
SPH AMERICA, LLC

David E. Kleinfeld (SBN 110734)
Kurt M. Kjelland (SBN 172076)
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 847-6700
Facsimile: (858) 792-6773

Attorneys for Plaintiffs KYOCERA WIRELESS CORPORATION, KYOCERA SANYO TELECOM, INC., and KYOCERA CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC, a Virginia company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KYOCERA WIRELESS CORPORATION, a Delaware company, KYOCERA SANYO TELECOM, INC., a Delaware company, and KYOCERA CORPORATION, a Japanese company,<br><br>　　　　　Defendants. | Case No.: 08-CV-02146 DMS (RBB)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

STIPULATION FOR VOLUNTARY DISMISSAL　　　　　Case No.: 08cv02146 DMS (RBB)
622896.1

| | |
|---|---|
| 1<br>2<br>3 | KYOCERA WIRELESS CORPORATION, a Delaware company, KYOCERA SANYO TELECOM, INC., a Delaware company, and KYOCERA CORPORATION, a Japanese company, |
| 4 | Counterclaimants, |
| 5 | v. |
| 6 | SPH AMERICA, LLC, a Virginia company, |
| 7 | Counterdefendant. |

28  STIPULATION FOR VOLUNTARY DISMISSAL         Case No.: 08cv02146 DMS (RBB)
    622896.1

1   Plaintiff/Counterdefendant SPH America, LLC ("SPH"), and Defendant/Counterclaimants
2   Kyocera Wireless Corporation, Kyocera Sanyo Telecom, Inc., and Kyocera Corporation
3   (collectively "Kyocera"), hereby stipulate to dismiss the above-captioned case ("this case"),
4   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
5       1. SPH agrees to dismiss without prejudice all claims it has asserted against Kyocera in this
6   case;
7       2. Kyocera agrees to dismiss without prejudice all claims it has asserted against SPH in this
8   case; and
9       3. Each party is to bear its own fees and costs.

Dated: July 1, 2009                     Respectfully submitted,

                                        s/Tae H. Kim
                                        Tae H. Kim
                                        ECHELON LAW GROUP LLC
                                        *Attorneys for Plaintiff SPH America, LLC*

Dated: 7/1/09                           Respectfully submitted,

                                        Kurt M. Kjelland
                                        FOLEY & LARDNER
                                        *Attorneys for Plaintiffs Kyocera Corporation,*
                                        *Kyocera Wireless Corporation, and Kyocera Sanyo*
                                        *Telecom, Inc.*

STIPULATION FOR VOLUNTARY DISMISSAL                Case No.: 08-CV-02146 DMS (RBB)

2

622896.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 1, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

        s/Tae H. Kim
        Tae H. Kim
        ECHELON LAW GROUP, PC
        *Attorneys for Plaintiff SPH America, LLC*

Case No.: 08-CV-02146 DMS (RBB)