1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                      SOUTHERN DISTRICT OF CALIFORNIA

7

8

9

10   SPH AMERICA, LLC, a Virginia company,        )
                                                  )
11                      Plaintiff,                 )   Case No.: 08-CV-02146 DMS (RBB)
                                                  )
                v.                                )
12                                                )
     KYOCERA WIRELESS CORPORATION, a              )
13   Delaware company, KYOCERA SANYO              )   **ORDER FOR STIPULATION FOR**
     TELECOM, INC., a Delaware company, and       )   **VOLUNTARY DISMISSAL PURSUANT**
14   KYOCERA CORPORATION, a Japanese              )   **TO FED. R. CIV. P. 41(a)(1)(A)(ii)**
     company,                                     )
15                                                )
                                                  )
16                      Defendants.                )
                                                  )
17   KYOCERA WIRELESS CORPORATION, a              )
     Delaware company, KYOCERA SANYO              )
18   TELECOM, INC., a Delaware company, and       )
     KYOCERA CORPORATION, a Japanese              )
19   company,                                     )
                                                  )
20                      Counterc1aimants,          )
                                                  )
                v.                                )
21                                                )
                                                  )
22   SPH AMERICA, LLC, a Virginia company,        )
                                                  )
23                      Counterdefendant.          )
                                                  )
24

25

26

27

28

PROP. ORDER FOR STIP. FOR VOL. DISMISSAL                    Case No.: 08cv02146 DMS (RBB)

1

## **ORDER**

2    Having considered Plaintiff/Counterdefendant SPH America, LLC and

3  Defendants/Counterclaimants Kyocera Wireless Corporation, Kyocera Sanyo Telecom, Inc. and

4  Kyocera Corporation's Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil

5  Procedure 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's

6  Complaint for Patent Infringement and Defendants' Answer and Counterclaim to Plaintiff's

7  Complaint for Patent Infringement are dismissed in their entirety.

8  **IT IS SO ORDERED.**

9

10  Dated: July 2, 2009

11    HON. DANA M. SABRAW
    United States District Judge of the Southern
12    District Of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROP. ORDER FOR STIP. FOR VOL. DISMISSAL          Case No.: 08-CV-02146 DMS (RBB)

2